**No. 66194.**—Adorence Co. et al. *v.* United States, protests 304511–K, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the

merchandise consists of knit nylon gloves similar in use to silk gloves, the claim of the plaintiffs was sustained.